# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00155-CV

---

### In re Christopher Shane Childers

---

### ORIGINAL PROCEEDING FROM RAINS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator Christopher Shane Childers, an inmate in the Texas Department of Criminal Justice, has filed a *pro se* petition for writ of mandamus naming as respondent the Honorable Eddie Northcutt and asking this Court to direct the respondent to reopen the various causes identified in the petition. Having reviewed the petition, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

This Court's mandamus jurisdiction is expressly limited by statute to: (1) writs against a district court judge or county court judge in this Court's district, and (2) all writs necessary to enforce our jurisdiction. *See* Tex. Gov't Code § 22.221. As to the former, the Third Court of Appeals has jurisdiction of appeals from the trial courts located in Bastrop, Bell, Blanco, Burnet, Caldwell, Coke, Comal, Concho, Fayette, Hays, Irion, Lampasas, Lee, Llano, McCulloch, Milam, Mills, Runnels, San Saba, Schleicher, Sterling, Tom Green, Travis, and Williamson counties. *See id.* § 22.201(d). This is an original proceeding from Rains County. *See id.* § 22.221. Thus, we have no jurisdiction to issue a writ of mandamus against a district court judge outside this Court's district. *See id.* As to the latter, Relator has not demonstrated

that the exercise of our writ power is necessary to enforce our jurisdiction in this case. Therefore, Relator has not established that we have jurisdiction to issue the writ he seeks.

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Filed: March 7, 2025